1    Leslie T. Gladstone,  (SBN 144615)
     Maria J. Nunez  (SBN 236926)
2    FINANCIAL LAW GROUP
     401 Via Del Norte
3    La Jolla, CA 92037
     Telephone: (858) 454-9887
4    Facsimile:  (858) 454-9596

5
     Attorneys for Leslie T. Gladstone, Chapter 7 Trustee
6
                    UNITED STATES BANKRUPTCY COURT
7
                    SOUTHERN DISTRICT OF CALIFORNIA
8

9    In re:                          )   Case No.:  13-05478-MM7
                                      )
10   JUDITH JEAN HOFFMAN,             )   Adv. No.:  14-90098-MM
                                      )
11            Debtor.                 )   NOTICE OF EARLY CONFERENCE OF
                                      )   COUNSEL PURSUANT TO LOCAL
12                                    )   BANKRUPTCY RULE 7016-2
                                      )
13   LESLIE T. GLADSTONE, Chapter 7   )
     Trustee,                         )
14                                    )
                                      )
15            Plaintiff,              )
     v.                               )
16                                    )
     JUDITH JEAN HOFFMAN;             )
17   ROBERT HOFFMAN;                  )
     HOFFMAN PROPERTIES,              )
18                                    )
                                      )
19            Defendant.              )

20

21

22

23

24

25

26

27

28

FINANCIAL
LAW GROUP

1

2          PLEASE TAKE NOTICE that pursuant to Local Bankruptcy Rule 7016-2, all parties

3    must comply with LBR 7016-2.  In this regard, a copy of Local Form 3018, entitled

4    Certificate of Compliance with Early Conference of Counsel, is attached hereto.

5

6                                          FINANCIAL LAW GROUP

7

8

9    Dated: June 3, 2014                    By:    /s/Maria J. Nunez
                                                   Maria J. Nunez
10                                                 Attorneys for Leslie T. Gladstone, Trustee

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FINANCIAL
LAW GROUP

                                        2          IN RE Judith Jean Hoffman, CASE NO. 13-05478-MM7

# ATTACHMENT

CSD 3018 [03/01/02]
Name, Address, Telephone No. & I.D. No.
Leslie T. Gladstone, (SBN 144615)
Maria J. Nunez, (SBN 222584)
FINANCIAL LAW GROUP
401 Via Del Norte
La Jolla, CA 92037
Tel: 858/454-9887
Fax: 858/454-9596
Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br><br> JUDITH JEAN HOFFMAN,<br><br>Debtor. | BANKRUPTCY NO.  13-05478-MM7 |
| LESLIE T. GLADSTONE, CHAPTER 7 TRUSTEE,<br><br>Plaintiff, | ADVERSARY NO. 14-90098-MM |
| v.<br>JUDITH JEAN HOFFMAN; ROBERT HOFFMAN;<br>HOFFMAN PROPERTIES<br><br>Defendants. | Date: To be set<br>HONORABLE Margaret M. Mann |

**CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL**
**[LOCAL BANKRUPTCY RULE 7016-2]**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL requirements in accordance with Local Bankruptcy Rule 7016-2(c):

**A.    PLEADINGS/SERVICE:**

1.    Have all parties been served?                                          ☐ Yes    ☐ No

2.    Have all parties filed and served answers to the complaint, counter-complaints,    ☐ Yes    ☐ No
      etc.?

**B.    DISCOVERY PLAN:**

1.    Fed. R. Bankr. P. 7026 and Local Bankruptcy Rule 7016-2 require the parties to meet within thirty (30) days after all defendants have appeared or, in cases having multiple defendants, within forty-five (45) days after the first defendant appears.  The parties to this case met on _____.

2.    The parties have agreed to make the disclosures required by Fed. R. Bankr. P. 7026(a)(1) by _____

3.    **(Check one)**
      A.    The parties have agreed on the discovery plan attached as Exhibit A.                    ☐

                                                      or

      B.    The parties cannot agree on a discovery plan and scheduling order.  The attached    ☐
            Exhibit A sets forth the parties' disagreements and reasons for each party's position.

CSD 3018

CSD 3018 (Page 2) [03/01/02]

**C.    SETTLEMENT OR MEDIATION:**

1.    What is the status of settlement efforts?

2.    Has this dispute been formally mediated?  If so, when?

3.    Has mediation been discussed with your client?  (See Local Bankruptcy Rule 7016-4.)

      Plaintiff                   Defendant

      ☐ Yes      ☐ No      ☐ Yes      ☐ No

4.    The parties desire to go to voluntary, non-binding mediation. (See Local Bankruptcy Rule 7016-6.)  They have reviewed the list of mediators on the court's website (**www.casb.uscourts.gov**) or obtained the list from the court and have selected the following persons subject to availability as first, second, and third choices for mediator:

      First Choice:_____

      Second Choice:_____

      Third Choice:_____

**D.    READINESS FOR TRIAL:**

1.    When will you be ready for trial in this case?

      Plaintiff                   Defendant

2.    If your answer to the above is more than five (5) months after the summons issued in this case, give reasons for further delay.

      Plaintiff                   Defendant

3.    When do you expect to complete <u>your</u> discovery efforts?

      Plaintiff                   Defendant

4.    What additional discovery do you require to prepare for trial?

      Plaintiff                   Defendant

**E.    TRIAL TIME:**

1.    What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage, if applicable)?

      Plaintiff                   Defendant

2.    How many witnesses do you intend to call at trial (including opposing parties)?

      Plaintiff                   Defendant

3.    Are any of the witnesses considered expert witnesses (Fed. R. Evid. 702)?  If so, the parties agree to identify their expert witnesses by _____.

      (See Fed. R. Bankr. P. 7026(a)(2)(C))

CSD 3018

CSD 3018 (Page 3) [03/01/02]

4.    How many exhibits do you anticipate using at trial?
<u>Plaintiff</u>                                <u>Defendant</u>

5.    Are any special accommodations required for witnesses (e.g., assisted listening devices, etc.)?  Check one:
☐ No        ☐ Yes - Please specify:

6.    Is any special equipment required for presentation of evidence?  Check one:
☐ No        ☐ Yes - Please specify:

**F.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Dated:_____        Dated:_____

_____        _____
Firm Name                        Firm Name

By:_____        By:_____

Attorney for:_____        Attorney for:_____

**Local Bankruptcy Rule 7016-2(c) requires this form to be filed no later than five (5) days after early conference of counsel together with the *NOTICE OF PRE-TRIAL STATUS CONFERENCE* (Local Form CSD 3019).**

CSD 3018

CSD 3018 (Page 4) [03/01/02]

**EXHIBIT A**

1.   **DISCOVERY PLAN**.  The parties jointly propose to the court the following discovery plan:  [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

Discovery will be needed on the following subjects:  (brief description of subjects on which discovery will be needed)

All discovery commenced in time to be completed by _____.  [Discovery on (issue for early discovery) to be completed by _____.]

Maximum of _____ interrogatories by each party to any other part.  [Responses due _____ days after service.]

Maximum of _____ requests for admission by each party to any other party.  [Responses due _____ days after service.]

Maximum of _____ depositions by plaintiff(s) and _____ by defendant(s).

Each deposition [other than of _____] limited to maximum of _____ hours unless extended by agreement of parties.

Reports from retained experts under Fed. R. Bank. P. 7026(a)(2) due:

a)   from plaintiff(s) by _____

b)   from defendant(s) by _____

Supplementations under Fed. R. Bank. P. 7026(e) due (time(s) or interval(s)_____).

2.   **OTHER ITEMS**.  [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

Plaintiff(s) should be allowed until_____ to join additional parties and until _____ to amend the pleadings.

Defendant(s) should be allowed until _____ to join additional parties and until _____ to amend the pleadings.

All potentially dispositive motions should be filed by _____.

Final lists of witnesses and exhibits under Fed. R. Bank. P. 7026(a)(3) should be due

a)   from plaintiff(s) by _____

b)   from defendant(s) by _____

Parties should have _____ days after service of final lists of witnesses and exhibits to list objections under Fed. R. Bank. P. 7026(a)(3).

[Other matters.]

CSD 3018