# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

    **ADV:** 14-90098

    **LESLIE GLADSTONE VS JUDITH HOFFMAN & ROBERT HOFFMAN & HOFFMAN PROPERTIES**

| | |
|---|---|
| **Debtor:** | JUDITH JEAN HOFFMAN |
| **Case Number:** | 13-05478-MM7    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, JUNE 05, 2014 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | SUE ROSS |

### *Matter:*

    MOTION FOR INJUNCTIVE RELIEF FILED BY TRUSTEE

### *Appearances:*

    MARIA NUNEZ, ATTORNEY FOR LESLIE GLADSTONE
    LESLIE GLADSTONE, TRUSTEE

### *Disposition:*

    Tentative ruling sustained.  Order to be prepared and submitted by trustee.