CSD3024
07/05

## United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Judith Jean Hoffman<br><br>Debtor(s) | BANKRUPTCY NO.   13−05478−MM7 |
| Leslie T. Gladstone<br><br>Plaintiff(s) | ADVERSARY NO.   14−90098−MM |
| v.<br><br>Judith Jean Hoffman<br><br>Defendant(s) | |

## NOTICE OF PRETRIAL STATUS CONFERENCE

YOU ARE HEREBY NOTIFIED that the PRETRIAL STATUS CONFERENCE on the above entitled proceeding to wit:

**STATUS CONFERENCE ON INJUNCTIVE RELIEF**

has been set for 6/5/14 at 10:00 AM, in Courtroom 1, Room 218, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101−6989.

Dated:  6/4/14

Barry K. Lander
Clerk of the Bankruptcy Court

United States Bankruptcy Court
Southern District of California

Gladstone,
       Plaintiff                                                                              Adv. Proc. No. 14-90098-MM

Hoffman,
       Defendant

## CERTIFICATE OF NOTICE

District/off: 0974-3        User: grobinson        Page 1 of 1        Date Rcvd: Jun 04, 2014
                         Form ID: 1187        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2014.
dft        +Hoffman Properties,    2918 Marquette St.,    San Diego, CA 92106-1010
dft        +Judith Jean Hoffman,    2918 Marquette St.,    San Diego, CA 92106-1010
dft        Robert Hoffman,    262 West Gennessee,    Kirwin, KS   67644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        E-mail/Text: ustp.region15@usdoj.gov Jun 05 2014 00:27:29     United States Trustee,
            Office of the U.S. Trustee,    402 West Broadway, Suite 600,    San Diego, CA  92101-8511
                                                                                                      TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2014                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2014 at the address(es) listed below:
            Leslie T. Gladstone    candic@flgsd.com,
    candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;marian@flgsd.com;ltg@trustesolutions.net
            Maria J. Nunez    on behalf of Plaintiffs Leslie T. Gladstone  mnunez@nunezlawfirm.com,
            anunez@nunezlawfirm.com
                                                                                                                                         TOTAL: 2