Leslie T. Gladstone, (SBN 144615)
Maria J. Nunez (SBN 236926)
FINANCIAL LAW GROUP
401 Via Del Norte
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596

Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 13-05478-MM7 |
| JUDITH JEAN HOFFMAN, | Adv. No.: 14-90098-MM |
| Debtor. | **JOINT STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT** |
| LESLIE T. GLADSTONE, Chapter 7 Trustee, | |
| Plaintiff, | |
| v. | |
| JUDITH JEAN HOFFMAN; ROBERT HOFFMAN; HOFFMAN PROPERTIES, | Dept: One (1)<br>Hon. Margaret M. Mann |
| Defendant. | Adv. Complaint filed June 3, 2014 |

Plaintiff LESLIE T. GLADSTONE, Chapter 7 Trustee ("GLADSTONE") and Defendants ROBERT HOFFMAN and HOFFMAN PROPERTIES (collectively, "HOFFMAN") hereby agree and stipulate to the following:

FINANCIAL LAW GROUP

1    IN RE Judith Jean Hoffman, CASE NO. 13-05478-MM7
Adv Case No. 14-90098-MM
Joint Stipulation to Extend Time to Answer Plaintiff's Complaint

FINANCIAL
LAW GROUP

WHEREAS, on June 3, 2014, GLADSTONE filed a Complaint seeking, *inter alia*, recovery of money/property, sale of property of estate and co-owner, injunctive relief, and declaratory relief. The Summons to the Complaint was issued on or about June 3, 2014.

WHEREAS, the Parties are engaged in discussions concerning a potential settlement of this matter in an attempt to forego the incurrence of additional litigation expenses and, therefore, have agreed to extend the initial date by which Defendants are required to answer, plead or otherwise move with respect to the Complaint.

NOW, THEREFORE, IT IS STIPULATED AND AGREED by and between the undersigned counsel for the Parties, that the time for Defendants to answer or otherwise respond with respect to the Complaint shall be extended until September 8, 2014, at 4:00 p.m. (prevailing Pacific Time).

IT IS ALSO STIPULATED AND AGREED that this stipulation is without prejudice to an application, or additional stipulation by the parties, for further extensions.

Dated: June 17, 2014

FINANCIAL LAW GROUP

By: /s/ Maria J. Nunez
Maria J. Nunez, Esq.
Attorneys for Leslie T. Gladstone, Trustee

Dated: June 18, 2014

LAW OFFICES OF ADAM JAY JAFFE

By: /s/ Adam J. Jaffe
Adam J. Jaffe, Esq.
Attorneys for Robert Hoffman and Hoffman Properties

2

IN RE Judith Jean Hoffman, CASE NO. 13-05478-MM7
Adv Case No. 14-90098-MM
Joint Stipulation to Extend Time to Answer Plaintiff's Complaint

**PROOF OF SERVICE**

I, Sandra Young, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California. I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 401 Via Del Norte, La Jolla, California 92037. On **JUNE 19, 2014,** I served a true and correct copy of the following document(s):

**JOINT STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT**

on the parties in this action as follows:

**X** **by CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic (NEF) and hyperlink, to the parties and/or counsel who are determined this date, **June 17, 2014**, to be registered CM/ECF Users set forth below as identified on the service list obtained from this Court on the Electronic Mail Notice list.

Leslie T. Gladstone, Email:    candic@flgsd.com, candic@flgsd.com; christinb@flgsd.com; sandray@flgsd.com; marian@flgsd.com; ltg@trustesolutions.net
   *Chapter 7 Trustee*

All other interested parties in this action that are not a registered ECF User are served as follows:

**X** **by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

Adam J. Jaffe, Esq.
Law Office of Adam Jay Jaffe
124 Lomas Santa Fe Dr., #204
Solana Beach, CA 92075
*Attorney for Defendants Robert Hoffman and Hoffman Properties*

Judith Jean Hoffman
2918 Marquette St.
San Diego, CA 92106
*Defendant*

☐    **by ELECTRONIC SERVICE** by causing such document(s) to be electronically served on the interested parties in the above-referenced action and addressed as set forth below. This transmission was reported as complete without error and a copy of the report will be maintained with the document by the sender.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
Executed June 19, 2014, at La Jolla, California.

/s/ Sandra Young
Sandra Young