CSD 3000A [11/15/04]

Name, Address, Telephone No. & I.D. No.
Leslie T. Gladstone, (SBN 144615)
Maria J. Nunez (SBN 236926)
FINANCIAL LAW GROUP
401 Via Del Norte
La Jolla, CA 92037
Telephone: (858) 454-9887; Facsimile: (858) 454-9596
Attorneys for the Chap.7 Trustee, Leslie T. Gladstone

Order Entered on
June 19, 2014
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br><br>JUDITH JEAN HOFFMAN,<br>                                    Debtor. | BANKRUPTCY NO.  13-05478-MM7 |
| LESLIE T. GLADSTONE, CHAPTER 7 TRUSTEE<br>                                    Plaintiff, | ADVERSARY NO. 14-90098-MM |
| v.<br>JUDITH JEAN HOFFMAN; ROBERT HOFFMAN;<br>HOFFMAN PROPERTIES,<br>                                    Defendants. | Date:None set.<br>Time:None set.<br><br>Name of Judge: MARGARET M. MANN |

# ORDER ON

## JOINT STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. __13__

//

//

//

//

DATED: June 19, 2014

*/s/ Margaret M. Mann*
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

FINANCIAL LAW GROUP
(Firm name)

By: /s/ Maria J. Nunez
    Attorney for  [X] Movant   [ ] Respondent

CSD 3000A

```
CSD 3000A [11/15/04](Page 2)
ORDER ON
DEBTOR: Judith Jean Hoffman                           CASE NO.: 13-05478-MM7

                                                      ADV. NO.:  14-90098-MM
```

     Based upon the stipulation of Plaintiff, Leslie T. Gladstone, Chapter 7 (the "Trustee") and Defendants, Robert Hoffman and Hoffman Properties, and good cause appearing therefore;

     IT IS HEREBY ORDERED that Defendants, Robert Hoffman and Hoffman Properties, shall have until September 8, 2014, at 4:00 p.m. (Prevailing Pacific Time) to answer or otherwise respond to Plaintiff's complaint.

CSD 3000A

Signed by Judge Margaret M. Mann June 19, 2014

```
                        United States Bankruptcy Court
                        Southern District of California
Gladstone,
         Plaintiff                                          Adv. Proc. No. 14-90098-MM
Hoffman,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0974-3          User: rpaluso              Page 1 of 1              Date Rcvd: Jun 19, 2014
                              Form ID: pdfO1             Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2014.
```
dft           +Hoffman Properties,    2918 Marquette St.,   San Diego, CA 92106-1010
dft           +Judith Jean Hoffman,    2918 Marquette St.,   San Diego, CA 92106-1010
dft            Robert Hoffman,   262 West Gennessee,   Kirwin, KS  67644
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2014 at the address(es) listed below:
```
              Leslie T. Gladstone    candic@flgsd.com,
               candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;marian@flgsd.com;ltg@trustesolutions.net
              Maria J. Nunez    on behalf of Plaintiffs Leslie T. Gladstone mnunez@nunezlawfirm.com,
               anunez@nunezlawfirm.com
                                                                                             TOTAL: 2
```