**PROOF OF SERVICE**

I, Sandra Young, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California. I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 401 Via Del Norte, La Jolla, California 92037. On **JULY 10, 2014,** I served a true and correct copy of the following document(s):

**ORDER ON MOTION FOR PRELIMINARY INJUNCTION AGAINST DEBTOR TO PREVENT DISSPATION OF ESTATE ASSETS FILED BY LESLIE T. GLADSTONE, CHAPTER 7 TRUSTEE**

on the parties in this action as follows:

**X    by CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic (NEF) and hyperlink, to the parties and/or counsel who are determined this date, **July 10, 2014**, to be registered CM/ECF Users set forth below as identified on the service list obtained from this Court on the Electronic Mail Notice list.

Leslie T. Gladstone, Email:    candic@flgsd.com, candic@flgsd.com; christinb@flgsd.com; sandray@flgsd.com; marian@flgsd.com; ltg@trustesolutions.net

*Chapter 7 Trustee*

All other interested parties in this action that are not a registered ECF User are served as follows:

**X    by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

Adam J. Jaffe, Esq.
Law Office of Adam Jay Jaffe
124 Lomas Santa Fe Dr., #204
Solana Beach, CA 92075
*Attorney for Defendants Robert Hoffman and Hoffman Properties*

Judith Jean Hoffman
2918 Marquette St.
San Diego, CA 92106
*Defendant*

Judson Henry
Law Office of Judson H. Henry
6041 Brookside Circle
Rocklin, CA 95677
*Attorney for the Debtor*

*//*
*//*
*//*

1  Kristin Mihelic
   U.S. Department of Justice
2  Office of the U.S. Trustee
   402 West Broadway, Suite 600
3  San Diego, CA 92101
4  *Attorney for the U.S. Trustee*

5  Donald W. Detisch
   Rauch, Detisch & Steinke, APLC
6  1010 Second Avenue, Suite 1770
   San Diego, CA 92101
7

8  ☐   **by ELECTRONIC SERVICE** by causing such document(s) to be electronically served on the interested parties in the above-referenced action and addressed as set forth below. This transmission was reported as complete without error and a copy of the report will be maintained with the document by the sender.
9

10      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
11      Executed July 10, 2014, at La Jolla, California.

12                                                /s/ Sandra Young
                                                  Sandra Young
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  2           IN RE Judith Jean Hoffman, CASE NO. 13-05478-MM7
                                                                          Adv No. 14-90098-MM
                                                                              Proof of Service