Leslie T. Gladstone, (SBN 144615)
Maria J. Nunez (SBN 236926)
FINANCIAL LAW GROUP
401 Via Del Norte
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596

Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 13-05478-MM7 |
| JUDITH JEAN HOFFMAN, | Adv. No.: 14-90098-MM |
| Debtor. | **LESLIE T. GLADSTONE, CHAPTER 7 TRUSTEE'S STATEMENT OF POSITION REGARDING DEFENDANT JUDITH JEAN HOFFMAN'S EXPARTE APPLICATION TO ANSWER PLAINTIFF'S COMPLAINT** |
| LESLIE T. GLADSTONE, Chapter 7 Trustee, | |
| Plaintiff, | |
| v. | |
| JUDITH JEAN HOFFMAN; ROBERT HOFFMAN; HOFFMAN PROPERTIES, | Dept: One (1) Hon. Margaret M. Mann |
| Defendant. | Adv. Complaint filed June 3, 2014 |

Plaintiff Leslie T. Gladstone, Chapter 7 Trustee ("Trustee") hereby responds to the Exparte Application to Extend Time to Answer Plaintiff's Complaint of Defendant Judith Jean Hoffman's.

The Trustee has no objection to the Defendant Judith Jean Hoffman's request.

Dated: July 10, 2014              FINANCIAL LAW GROUP

                                  By:  /s/ Maria J. Nunez
                                       Maria J. Nunez
                                       Attorneys for Leslie T. Gladstone,
                                       Chapter 7 Trustee

**PROOF OF SERVICE**

I, Sandra Young, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California. I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 401 Via Del Norte, La Jolla, California 92037. On **JULY 10, 2014,** I served a true and correct copy of the following document(s):

**LESLIE T. GLADSTONE, CHAPTER 7 TRUSTEE'S STATEMENT OF POSITION REGARDING DEFENDANT JUDITH JEAN HOFFMAN'S EXPARTE APPLICATION TO ANSWER PLAINTIFF'S COMPLAINT**

on the parties in this action as follows:

**X**     **by CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic (NEF) and hyperlink, to the parties and/or counsel who are determined this date, **July 10, 2014**, to be registered CM/ECF Users set forth below as identified on the service list obtained from this Court on the Electronic Mail Notice list.
    Leslie T. Gladstone, Email:    candic@flgsd.com, candic@flgsd.com; christinb@flgsd.com; sandray@flgsd.com; marian@flgsd.com; ltg@trustesolutions.net
        *Chapter 7 Trustee*

All other interested parties in this action that are not a registered ECF User are served as follows:

**X**     **by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

Adam J. Jaffe, Esq.
Law Office of Adam Jay Jaffe
124 Lomas Santa Fe Dr., #204
Solana Beach, CA 92075
*Attorney for Defendants Robert Hoffman and Hoffman Properties*

Judith Jean Hoffman
2918 Marquette St.
San Diego, CA 92106
*Defendant*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
Executed July 10, 2014, at La Jolla, California.

/s/ Sandra Young
Sandra Young