**CSD 3000A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

Judith Jean Hoffman
2918 Marquette Street
San Diego, CA 92106
Phone: (619) 222-5617
E-mail: canceledcwmods@gmail.com

Order Entered on
July 10, 2014
by Clerk U.S. Bankruptcy Court
Southern District of California

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>**JUDITH JEAN HOFFMAN,**<br><div align="right">Debtor.</div> | BANKRUPTCY NO. **13-05478-MM7** |
| **LESLIE T. GLADSTONE, CHAPTER 7 TRUSTEE**<br><div align="right">Plaintiff(s)</div> | ADVERSARY NO. **14-90098-MM** |
| v.<br>**JUDITH JEAN HOFFMAN; ROBERT HOFFMAN;**<br>**HOFFMAN PROPERTIES,**<br><div align="right">Defendants(s)</div> | Date of Hearing:<br>Time of Hearing:<br>Name of Judge: **Margaret M. Mann** |

## ORDER ON

### EX PARTE APPLICATION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through ___2___ with exhibits, if any, for a total of ___1___ pages, is granted. Motion/Application Docket Entry No. __unsure__ gjr

16

//

//

//

//

DATED:     July 10, 2014

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

Judith Jean Hoffman
(Firm name)

By: Judith Jean Hoffman
Attorney for ☑ Movant ☐ Respondent

Judge, United States Bankruptcy Court

**CSD 3000A**

5478ord 27c

**CSD 3000A** [11/15/04] **(Page 2)**
ORDER ON EX PARTE APPLICATION TO EXTEND TIME TO ANSWER PLAINⅢ
DEBTOR: JUDITH JEAN HOFFMAN,

CASE NO.: **13-05478-MM7**
ADV. NO.: **14-90098-MM**

Based upon the Application of Defendant Judith Jean Hoffman to Extend Time to Answer Plaintiff's Complaint, and good cause appearing:

IT IS HEREBY ORDERED that Defendant JUDITH JEAN HOFFMAN shall have until September 8, 2014, at 4:00 p.m. (Prevailing Pacific Time) to answer or otherwise respond to Plaintiff's complaint.

**CSD 3000A**

Signed by Judge Margaret M. Mann July 10, 2014

United States Bankruptcy Court
Southern District of California

Gladstone,
        Plaintiff
                                                        Adv. Proc. No. 14-90098-MM

Hoffman,
        Defendant

# CERTIFICATE OF NOTICE

District/off: 0974-3       User: rpaluso        Page 1 of 1        Date Rcvd: Jul 10, 2014
                           Form ID: pdfO4       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2014.
dft          +Hoffman Properties,   2918 Marquette St.,   San Diego, CA 92106-1010
dft          +Judith Jean Hoffman,  2918 Marquette St.,   San Diego, CA 92106-1010
dft           Robert Hoffman,   262 West Gennessee,   Kirwin, KS  67644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          E-mail/Text: ustp.region15@usdoj.gov Jul 11 2014 00:32:24    United States Trustee,
             Office of the U.S. Trustee,   402 West Broadway, Suite 600,   San Diego, CA  92101-8511
                                                                          TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2014 at the address(es) listed below:
        Leslie T. Gladstone    candic@flgsd.com,
        candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;marian@flgsd.com;ltg@trustesolutions.net
        Maria J. Nunez    on behalf of Plaintiffs Leslie T. Gladstone mnunez@nunezlawfirm.com,
        anunez@nunezlawfirm.com
                                                                          TOTAL: 2